**UNION FINANCE COMPANY, Appellant,**

v.

**Teresa COLLINS and Raymond Collins, Respondents.**

**No. WD 32940.**

Missouri Court of Appeals, Western District.

Nov. 23, 1982.

Howard E. Bodney (argued), Sullivan, Bodney & Hammond, Kansas City, for appellant.

Alfred O. Hardy (argued), Kansas City, for respondents.

Before NUGENT, P.J., and TURNAGE and LOWENSTEIN, JJ.

PER CURIAM:

ORDER

. Action on security agreement. § 400.9–504.

Judgment affirmed. Rule 84.16(b).